# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JOHN THELBERT WHITLEY**                                    **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO: 3:10-cv-00197-DPJ-FKB**

**CITY OF PEARL, MS AND CITY OF**
**BRANDON, MUNICIPALITIES**                                    **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court for entry of an Order dismissing with prejudice all claims of Plaintiff John Thelbert Whitley ("Plaintiff") against Defendants City of Pearl, Mississippi and City of Brandon, Mississippi (collectively "Municipal Defendants") in Civil Action No. 3:10cv197(DPJ)(FKB), and having been advised in the premises as to this matter, the Court holds all of Plaintiff's claims against Municipal Defendants should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Municipal Defendants are dismissed in their entirety with prejudice, with each party to bear its own attorney's fees and respective costs incurred in connection with this action.

**SO ORDERED** this the 7th day of May, 2010.

                                                              s/ *Daniel P. Jordan III*
                                                              UNITED STATES DISTRICT JUDGE

**Agreed by:**

*/s/ W.O. Chet Dillard*
W. O. CHET DILLARD, MB #6126
Attorney for Plaintiff

*/s/ Mark Fijman*
GARY E. FRIEDMAN, MB #5532
MARK FIJMAN, MB #99153
Attorneys for Municipal Defendants